United States District Court for the Northern District of Illinois Case No 12-CR-283
The Honorable Judge Virginia M. Kendall.

**FILED**
AUG 25 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I'm Respectfully asking the Court to Grant my request for a Court order, To obtain all email Coversations That me and mr Brindley have had thru the F.B.O.P Corrlinks Email Service I'm told thru the prison system the Only way to get Copies is the Court must give permission, now I need permission from you Guys the Court so I can file my 2255 motion to prove my arguements.

Respectfully Submitted by
MR Mantrell Johnson.
44696 424
FCI Hazelton
P.O Box 5000
Bruceton Mills West Virginia
26525

Aug 21 2016

*Mantrell Johnson.*