Greeting Judge Virginia Kendall

Your Honor, I'm writing this letter in regards to my Case presently Befor you for review, Case # 12CR283 I want to thank you for this opportunity that I have to stand befor you again this time, I want to Give you a little more information about me and my past, and my current Being, And how I've Changed from the man I was May 1, 2008 and the man I was on 1-5-15 As of right now I'm Currently housed at FCI Berlin, I've Been here now three months and have Completed Several Courses starting with Successful Thinking, Goals, American history, I'm also Currently attending hands on Carpentry Class which is a V.T. Course and I'm Getting College Credits (yes) while I was at Hazelton FCI which is my last Location I obtained my High school Diploma (GED) along with my CDC Certification, anger Managment part #2, Money Managment, so you see I havent been wasting any of this time I have on my hands, I've chosen a new positive path to take even inside of here, I made Several mistakes thru out my life, I'm not Gonna say that I'm never Gonna make mistakes again, But I ensure you those mistakes will not Be the Same ones that Got me here, I made a Big Mistake May 1 2008 I cant Change what happen and took place on that Day, But on 1/5/15 I was given the chance to explain and speak about it After The →

Government and my lawyer spoke, you Gave me a chance I read a prepared letter inside your Court room that I didn't write and Couldn't pronounce half the words I read, it wasn't from the heart I didn't wanna look ignorant and stupid inside your Court room I wanted to look intelligent Befor you on that Day, But my heart, truth and, all I Got is here now Befor you, Your Honor, I'm in my Cell giving you all facts and praying for forgiveness your Honor.

I was raised up By my Grandmother Ms Bettie Mae Miller which is now Deceased and no longer with me, Along with me she had Two other Grand kids to take Care of besides myself, we lived on the west side of Chicago, 3948 W. Huron that is en between Pulaski and Chicago Ave which is a high Drug infested Neighorhood where Gang's Guns, Violence toke place every hour of the Day Growing up, I watched my Grandmother struggle to provide and take Care of us. she received a S.S.I. Check which was $645.00 Dollars a month she was already 67 years old at the time, she had to pay light, Gas, Telephone, Car Insurance and plus put food on the table for three mouths including Her self I Grow up with out a lot of things other kids Had. I Grow up with out my birthday Being Celebrated it was so close to Christmas that Birthdays for me meant nothing I didn't receive a birthday Cake untill I made 25 years old.

The house we lived in was a three bedroom house that was owed by my Grandmother and her Deseased Husband so there was no rent or mortgage (thank God) I didn't have a bed or bedroom I slept on a pallet made up of Blankets and Sheets, I'm not using this to be a excuss for my behavior, But your Honor I didn't finish High school no one in my household or neighborhood All I was exposed too was criminal behavior at 16 years old I was charged with a Car Jacking, robbery, I was sentenced to 10 years IDOC I filed an appeal and won the Judge and God Gave me mercy and gave me a shorter sentence then the 10 years I came Home 3-1-01 now a Grow man in age, But not in my mind, I was lost and not ready for the responsibilty that was ahead in my future, I had no educaction, no work skills I worked serveral Jobs, But wasn't successful with holding down a lucrative one in April of 2001 my Girl came and brung me some exciting news, She was preganant with my 1st son Trevon, yeah But there was still one problem I didn't have Job the first, So at that moment my life changed I knew that being a father meant being a man, provider, protecter, Teacher, parent, etc Something I never had So I had no idea how to do any of those things I stated. So I begin to find my way on my own I did my best I didn't want trevon to experience the struggle I Did.

again I'm not using this as a pass to say what I did on May 1 2008 was right, In Aug of 2001 I started dating another Girl me and trevon Mom didn't work out, So now my new Girl had some news for me she was pregnant with my son Mantrell II and he was Due in June of 2002 again no Job skills, no education, I'm a Dad now and forced to be a man, So I did what I could to take care of my Boys in may of 2002, Here we go again with the ~~my and the~~ new Baby news my Princess Taniya was on the way and due in feb 2003, you your Honor my life was changing so fast and I had to man up and take care of my Babies, They all have sepperent Moms you see your Honor not only my Boys I had a little Girl that demanded a lot of love and attention Girls are so precious to me and require lots of love, Time, and money, Being a dad I had to make their lives better But in my struggle to Better their lives I was still Learning and trying to better my own life,

In 2005 I was arrested for a Battery charge on a gentleman over a Gas Pump inside of a Gas Station my sons were inside my car in their car Seats the Gentleman Broke out my window with his hand Glass went every were I admit I lost my Temper my actions was Totally unacceptable I acted out in front of my Boys and I not proud of it But Being a protecter and Guardian I acted Terrible

And I'm sorry, In 2008 of June my son Mother Called and informed me my son Trevon was dianosed with a Tumor that appeared to be Cancer (wow) what a shock I was in no Insurance no medicare what was I to do But God made a way, in Aug of 2008 I found a Job at Taco Bell so I worked there untill Jan of 2009 I was fired after there I Began to work at a spot called T.D. Stout property persvation in 2009 of Feb I worked there for 9 months after there I collected my unemployment and went on to start and Contract for Great Street properties. in April of 2012 I quite and Brought me a Tow Truck and Started my own Business untill my arrest on this Class your Honor I was on the right path. But In 2009 of August my house was raided a weapon was found inside my home not In my Car, not In my Pocket, I wasn't standing on a corner with it or shooting at no one or attemping to Rob some one it was inside of my apartment inside a box inside of a closet yes I admit I'm not suppose to be around (Guns) But my home was broken into twice in one year facts that I have police Reports for my kids and their Mother lived there so I never wanted to be in a situation where I wasn't able to protect ~~the~~ my babies and Girl, if some one came and broke In while I was there and harm them. I'm sorr your Honor That was my past the last Charge is this Case

That is here with you now, I'm not a bad person Just a 37 year old Black man who made Some bad Choices my Back Ground dont consist of Crime after Crime it was 8 years after my 1 charge of Car Jacking, I Got that battery charge (mistake) I'm not saying I'm not Gonna ever make mistakes But your Honor Crime is my Past, I moving forward with my life and now I have Tools and a Belt to fight with I have learned respect for the law, Drugs and telling false statements to the law is not in my future. Your Honor I Got 180 months total 65 months upward above my Guidelines, I only ask that you Grant me another Chance to be a up Standing citizen Here In America my kids need me. My Community my neices, my nepheus cousins their fiends need me also, I plan on Going home and help cease the fire in our city I want to help Children thats on the Same bad path I was on and how to Grow up and be productive in Our world the right way, I want them to here my story and let them know Guns Drugs Gangs Violence, Crime Just aint the way to Go In Closing I ask you Grant this 2255 and Give me a Shorter Sentence.

Thank you
for looking and
Reviewing

Mantrell Johnson Berlin FCI
44696-424
Federal Correctional Institution
P.O. Box 9000
Berlin NH 03570

Judge Virginia Kendall
OR Gayle A. McGuigan
Official Court Reporter
219 S. Dearborn
Chicago IL 60604.

WHITE RIVER JUNCTION
VT 050 2 L
30 MAY 2017 PM

06/05/2017-26

606031702 C005